U.S. POSTAGE ᐳᐳ PITNEY BOWES

ZIP 77002 $ 000.34°
02 1W
0001372104 JAN 26 2015

**COURT OF APPEALS FIRST DISTRICT**
301 Fannin Street
Houston, Texas 77002-2066

RE:   Case No. 01-14-00894-CR

Style:  Juan Cerda Alvarado
        v. The State of Texas

On January 26, 2015, the Court today GRANT court reporter's(s) request
for extension of time to file the reporter's record in the referenced cause
to and including February 23, 2015.

T. C. Case # 11-DCR-058831

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
FEB 23 2015
CHRISTOPHER A. PRINE
CLERK

Christopher A. Prine, Clerk of the Court

Juan Cerda Alvarado
#0017015A
1410 Williams Way Blvd
Richmond, TX 77469

NIXIE        773   DE  1              0002/15

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 77002206639